# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
## CIVIL MINUTES - GENERAL

| Case No. | CV 20-2892 PA (PVCx) | Date | April 10, 2020 |
|---|---|---|---|
| Title | Natalie Marie Martinez v. Home Depot USA, Inc. | | |

| Present: The Honorable | PERCY ANDERSON, UNITED STATES DISTRICT JUDGE |
|---|---|

| T. Jackson | Not Reported | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter | Tape No. |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| None | None |

**Proceedings:** IN CHAMBERS - COURT ORDER

    On April 2, 2020, the Court issued an order provisionally remanding this action to the Los Angeles County Superior Court as a result of a procedural defect in the Notice of Removal. (Dkt. 5.) The Court stayed the order remanding the action to provide plaintiff with an opportunity to object to the remand and waive the procedural defects. Specifically, plaintiff was directed to inform the Court in writing by April 9, 2020, if plaintiff objected to the remand. To date, despite the passage of the deadline set by the Court, plaintiff has not waived the procedural defects. Accordingly, for the reasons stated in the April 2, 2020 Order, this action is remanded to the Los Angeles County Superior Court, Case No. 20STCV05249.

    IT IS SO ORDERED.